# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED MAY 30, 2025

---

### NO. 03-24-00732-CV

---

**John David Tyler Rollins, Appellant**

**v.**

**Arol James Horkavy, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the judgment signed by the trial court on September 16, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.